## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VIKTOR VIKTOROVICH SHNEGELBERGER, | ) ) ) | |
| Petitioner, | ) ) | Civil Action No. 3:25-cv-00491 |
| vs. | ) ) | Judge Stephanie L. Haines |
| | ) | Magistrate Judge Christopher B. Brown |
| LEONARD ODDO, *et al.*, | ) ) | |
| Respondents. | ) | |

### MEMORANDUM ORDER

Presently before the Court is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, filed pro se by Viktor Viktorovich Shnegelberger ("Petitioner"). ECF No. 1. Petitioner is under a final order of removal and on November 20, 2025, he was taken into custody when he reported in accordance with the reporting requirements of his order of supervision. Petitioner has been under a final order of removal since June 7, 2017, but has been unable to be removed to his country of origin, Tajikistan. Petitioner has been detained at Moshannon Valley Detention Center since that November 20, 2025 and claims that his detention is unconstitutionally prolonged. He seeks immediate release from custody. This matter was referred to Magistrate Judge Christopher B. Brown for proceedings in accordance with the Federal Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.D.

On May 22, 2026, Magistrate Judge Brown filed a Report and Recommendation, ECF No. 18, recommending that the Petition, ECF No. 1, be granted, subject to and in accordance with the conditions of his preexisting Order of Supervision. The Parties were provided 14 days to file objections to the Report and Recommendation. *See* 28 U.S.C. § 636 (b)(1)(B) and (C) and Local

1

Civil Rule 72.D.2. The Government filed "objections" on June 4, 2026, but made no specific objections to the Report and Recommendation. ECF No. 20. Instead, the Government merely incorporates by reference the arguments it advanced in the original response to the petition, in order to maintain its position for appellate purposes. *Id.* Accordingly, upon review of the record and the Report and Recommendation, ECF No. 18, under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and **specific** objections are filed), and under Local Civil Rule 72.D.2, the Court will accept Magistrate Judge Brown's conclusion that Petitioner is entitled to release.

Judge Brown found that Petitioner has been detained since November 20, 2025, and thus has been detained beyond the presumptively reasonable six-month time period under *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001) (prescribing the presumptively reasonable time period as six months). Judge Brown states that under *Zadvydas*, Petitioner has carried his burden of proffering "good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future[.]" *Id.* Namely, Judge Brown found that Respondents entire argument rests on travel documents that have been unattainable in the past, *see* ECF Nos. 18, p. 4, 1-1, ¶¶ 2, 4, and now have remained pending since December 18, 2025. To date there is no evidence that Tajikistan will accept or is even considering accepting Petitioner back into the country. These findings and the order to grant Petitioner release from ICE custody moots Petitioner's other motion to expedite consideration of his habeas petition. ECF No. 19.

Accordingly, the following order is entered:

## <u>ORDER</u>

AND NOW, this 12th day of June, 2026, IT IS ORDERED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF No. 1, hereby is **GRANTED**. Petitioner shall

be released subject to appropriate conditions in accordance with the conditions of his preexisting Order of Supervision; and

IT IS FURTHER ORDERED that Respondents' Objections, ECF No. 20, are OVERRULED; and,

IT IS FURTHER ORDERED that Magistrate Judge Brown's Report and Recommendation, ECF No. 18, is adopted as the opinion of the Court; and,

IT IS FURTHER ORDERED that the Motion to Expedite Consideration of Habeas Petition for Writ of Habeas Corpus, ECF No. 19, is DENIED as MOOT; and,

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this matter closed.

Stephanie L. Haines
United States District Judge